THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CAPITOL FUELS OF QUEENS, INC., Appellant. (2 Cases.)

Argued October 3, 1939; decided October 17, 1939.

*Joseph Semel* and *Jonah J. Goldstein* for appellant.

*William C. Chanler, Corporation Counsel (Stanley Buchsbaum* and *Paxton Blair* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.